UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>DENISE M. BREMME<br><br>　　　　　　　　　Defendant | CIVIL NO. 16-05649 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on October 28, 2016. The summons issued on October 28, 2016 was not received by our office.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　By: _____
　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　Pennsylvania Attorney I.D. No. 315936
　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　701 Market Street
　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>DENISE M. BREMME<br><br>                Defendant | CIVIL NO. 16-05649 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

    DENISE M. BREMME
    6120 Jackson Street
    Philadelphia, PA 19135

by mailing a true and correct copy thereof, postage prepaid, on this 29 day of December, 2016.

    Respectfully submitted,
    KML Law Group, P.C.


    By: _____
    Brittni Augustin, Legal Assistant
    Suite 5000 – BNY Independence Center
    701 Market Street
    Philadelphia, PA  19106-1532
    215-825-6470