UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-05649 |
| vs. | |
| DENISE M. BREMME | |
| Defendant | |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on October 28, 2016. The summons issued on October 28, 2016 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>DENISE M. BREMME<br><br>                    Defendant | CIVIL NO. 16-05649 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

    DENISE M. BREMME
    6120 Jackson Street
    Philadelphia, PA 19135

by mailing a true and correct copy thereof, postage prepaid, on this 29 day of December, 2016.

                Respectfully submitted,
                KML Law Group, P.C.

                By: /s/ Brittni Augustin
                Brittni Augustin, Legal Assistant
                Suite 5000 – BNY Independence Center
                701 Market Street
                Philadelphia, PA  19106-1532
                215-825-6470