# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

DENISE M. BREMME, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05649

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DENISE M. BREMME the above process on the 28 day of February, 2017, at 12:22 o'clock, PM, at 6120 JACKSON STREET PHILADELPHIA, PA 19135, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: ROBERT WEIS
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 51-55  Height 5'9  Weight 180  Race WHITE  Sex MALE  Hair GRAY
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Shannon Beckier_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158200
Case ID #:4825580

Subscribed and sworn to before me
this _7_ day of _Mar_, 20 _17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017